UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOME-OWNERS INSURANCE COMPANY,

    Plaintiff,

v.                                           Case No. 15-cv-10325

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    Defendant.
                                             /

**ORDER SETTING BRIEFING SCHEDULE**

On May 19, 2015, the court held a scheduling conference with the parties. Because no discovery is required and the case is ripe for disposition on the undisputed facts, the parties have agreed to a simultaneous briefing schedule for motions for judgment. Accordingly,

IT IS ORDERED that Plaintiff and Defendant shall file their Motions for Judgment by **July 20, 2015**. Response briefs are due on **August 10, 2015**.

IT IS FURTHERED ORDERED that the parties shall appear for a telephone status conference on **July 9, 2015 at 10:30 am** to discuss whether the parties are interested in setting a settlement conference.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: May 26, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on

this date, May 26, 2015, by electronic and/or ordinary mail.

                         s/Lisa Wagner
                         Case Manager and Deputy Clerk
                         (313) 234-5522