UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOME-OWNERS INSURANCE COMPANY,

    Plaintiff,

v.                                      Case No. 15-10325

BLUE CROSS BLUE SHIELD OF MICHIGAN
et al.,

    Defendants.
                                                 /

**ORDER OF DISMISSAL**

On September 10, 2015, the court conducted a telephone conference, during which counsel confirmed that the parties have reached a mutually agreeable resolution to the above-captioned matter. The court expects that the terms of their resolution will be memorialized in writing forthwith. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **October 11, 2015**, to vacate this order if the settlement is not finalized. After **October 11, 2015**, this dismissal is with prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 10, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 10, 2015, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522